UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| TONJA BROWN, ) | |
| ) | CASE NO.: 3:15-CV-00494-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on March 7, 2016, in which the Magistrate Judge recommends the Court grant Plaintiff's Application for *In Forma Pauperis* (ECF #1), file the Complaint (ECF #1-1) and dismiss this action with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application for *In Forma Pauperis* (ECF #1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion (ECF #4) is DENIED as moot.

IT IS FURTHER ORDERED that the action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 26th day of April, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE