AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

TONJA BROWN,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:15-cv-00494-RCJ-WGC

STATE OF NEVADA, ex rel, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the action is **dismissed with prejudice.**

      April 27, 2016         **LANCE S. WILSON**
      Clerk

      /s/ K. Rusin
      Deputy Clerk